UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff,<br><br>  vs.<br><br>HANNAH STORM, *et al.*,<br><br>        Respondents. | NO.  CV-08-212-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION IN PART, DENYING *IN FORMA PAUPERIS* STATUS, AND DISMISSING ACTION |

    BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation to transfer this action to the District of South Carolina.  Mr. Riches, a prisoner at the FCI Williamsburg in Salters, South Carolina, submitted a request for injunctive relief in this District without an accompanying complaint, the filing fee or an application to proceed *in forma pauperis.*

    The Magistrate Judge recommended the action be transferred to the District of South Carolina pursuant to 28 U.S.C. § 1631.  Upon further review, however, the court finds it would not be in the interests of justice to do so.  According to the U.S. Party/Case Index at http://pacer.uspci.uscourts.gov (July 17, 2008), Mr. Riches has filed 1,950 cases nationwide while incarcerated.  More than three have been

ORDER ADOPTING REPORT AND RECOMMENDATION IN PART, DENYING *IN FORMA PAUPERIS* STATUS, AND DISMISSING ACTION -- 1

dismissed as frivolous or for failure to state a claim upon which relief may be granted.  *See* CV 08-31-BLG-RFC-CSO, *Riches v. Winnick, et al.* (District of Montana); 2:07-cv-1331-KJD-RJJ, *Riches v. Jones* (District of Nevada); 3:07-cv-5572-MJJ*, Riches v. Dahmer et al*, (Northern District of California).  Clearly, transferring this action would not be an efficient use of judicial resources.

Accordingly, **IT IS ORDERED** the Report and Recommendation is **ADOPTED in part**; *in forma pauperis* status is **DENIED** as Mr. Riches does not present a plausible showing he is in imminent danger of serious physical injury; and this action is **DISMISSED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

**DATED** this     21st    day of July, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION IN PART, DENYING *IN FORMA PAUPERIS* STATUS, AND DISMISSING ACTION -- 2